Filed
D.C. Superior Court
03/09/2022 02:02PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**GILLANDO GAITHER**  :
**2105 Banning Place**  :
**Hyattsville, Maryland 20783**  :
                                                :
         **Plaintiff,**                         :
                                                :
    v.                                          :     Case No.: 2022 CA 001043 V
                                                :
**WASHINGTON METROPOLITAN**  :
**AREA TRANSIT AUTHORITY**  :
**600 Fifth Street, N.W.**  :
**Washington, D.C.  20001**  :
                                                :
Serve:                                          :
Patricia Lee                                    :
Office of General Counsel                       :
Washington Metropolitan                         :
Area Transit Authority                          :
600 Fifth Street, N.W.                          :
Washington, D.C. 20001                          :
                                                :
         **Defendant.**                         :

## COMPLAINT

1.   Jurisdiction of the Court is invoked pursuant to D.C. Code § 11-921.

## COUNT I

### (Negligence Causing Personal Injuries)

2.   On November 16, 2020, the Plaintiff, Gillando Gaither, was an invitee walking inside the Rockville Station, located at 251 Hungerford Drive, in Montgomery County, Maryland, in a building owned and/or operated by Defendant Washington Metropolitan Area Transit Authority.  As the Plaintiff walked inside the restroom of the Metrorail station, he was caused to slip and fall due to the presence of clear liquid that had accumulated on the restroom floor tiles, which were wet and slippery, thereby sustaining serious personal injuries.  The

Plaintiff's fall was the direct and proximate result of the unsafe and hazardous condition of the Metrorail station's floor tiles. The Plaintiff neither caused nor contributed to the incident or his injuries.

3. The Plaintiff's injuries were the direct and proximate result of the negligence of Defendant, through its employees and/or agents, in that it failed to properly inspect the subject restroom floor for unsafe and/or hazardous conditions; failed to timely remove the clear liquid from the subject restroom floor, thereby creating an unsafe and hazardous condition; unreasonably allowed clear liquid to remain on the subject restroom floor, creating an unsafe and hazardous condition; and failed to warn or advise the Plaintiff of the unsafe and hazardous condition of the subject restroom floor, all when it knew, or should have known, that the condition of the subject restroom floor posed a danger and risk of imminent harm to the Plaintiff and others.

4. It was the duty of the Defendant to maintain the subject restroom floor in a condition that was reasonably safe for invitees and other persons lawfully walking on the subject restroom floor, including the Plaintiff. Notwithstanding that duty, the Defendant was negligent as aforesaid, and its negligence caused the Plaintiff to slip and fall, thereby sustaining serious personal injuries.

5. The Defendant is responsible for the aforesaid actions of its employees and/or agents under the doctrine of *respondeat superior*.

6. As the direct and proximate result of the negligence of the Defendant as aforesaid, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, permanent disability, great pain and suffering, and severe mental anguish and emotional distress.

7. As a further result of the negligence of Defendant as aforesaid, the Plaintiff has incurred, and will continue to incur, substantial medical and related expenses, transportation costs, loss of time and enjoyment from his usual and customary leisure and recreational activities, and permanent impairment of his usual and customary leisure and recreational activities.

WHEREFORE, the Plaintiff, Gillando Gaither, demands judgment from and against Defendant Washington Metropolitan Area Transit Authority in the amount of Seventy-Five Thousand Dollars ($75,000) in compensatory damages, plus interest from the date of the accident, and costs.

Respectfully submitted,

/s/ Daniela Estrada

Daniela Estrada, #1719920
SLOCUMB LAW FIRM, LLC
1225 I Street, NW, Suite 550A
Washington, D.C. 20005
Tel: (202) 985-3966
Fax: (202) 985-3336
destrada@slocumblaw.com

COUNSEL FOR PLAINTIFF

## JURY DEMAND

Plaintiff hereby demands trial by a jury of six (6).

/s/ Daniela Estrada

3